## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Timothy J. Mclaughlin                    CHAPTER 13
    Margaret  C.  McLaughlin
      Debtor(s)                    BKY. NO. 26-12301


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


          Respectfully submitted,


/s/ *Maggie Soboleski*

Maggie Soboleski
01 Jun 2026, 15:35:06, EDT


         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322

Document ID: d1da087ec1a451234275a5d1b7bb2b623b5c58dd04d6d54148d8df2adc398dee