# gusto

# Earnings Statement

Pay period: Apr 16, 2026 - Apr 30, 2026 Pay Day: May 15, 2026
Adv Plus Banking ( . . . 0958): $411.76 Trace ID:
021000026101221

| **Company** | **Employee** |
|---|---|
| New London Counseling Center<br>1016 State Road<br>Lincoln University, PA 19352<br>484-746-3112 | Margaret McLaughlin<br>XXX-XX-1878<br>773 W Glenview Drive<br>West Grove, PA 19390 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $18.00 | 29.0 | $522.00 | $1,795.50 |
| **Totals** | | **29.0** | **$522.00** | **$1,795.50** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $50.00 | $250.00 |
| Social Security | $32.36 | $111.32 |
| Medicare | $7.56 | $26.03 |
| PA Withholding Tax | $16.03 | $55.12 |
| PA UC Tax Employee Withholding | $0.37 | $1.26 |
| New London EIT | $3.92 | $13.48 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $32.36 | $111.32 |
| Medicare | $7.56 | $26.03 |
| PA UC Tax Employer Contribution | $10.83 | $54.79 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $522.00 | $1,795.50 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $110.24 | $457.21 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $411.76 | $1,338.29 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $411.76 | $1,338.29 |
| Total Hours Worked | 29.0 | 99.75 |

# gusto

# Earnings Statement

Pay period: Apr 1, 2026 - Apr 15, 2026 Pay Day: Apr 30, 2026
Adv Plus Banking ( . . . 0958): $284.37 Trace ID:
021000020268627

| **Company** | **Employee** |
|---|---|
| New London Counseling Center | Margaret McLaughlin |
| 1016 State Road | XXX-XX-1878 |
| Lincoln University, PA 19352 | 773 W Glenview Drive |
| 484-746-3112 | West Grove, PA 19390 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $18.00 | 21.0 | $378.00 | $1,273.50 |
| **Totals** | | **21.0** | **$378.00** | **$1,273.50** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $50.00 | $200.00 |
| Social Security | $23.44 | $78.96 |
| Medicare | $5.49 | $18.47 |
| PA Withholding Tax | $11.60 | $39.09 |
| PA UC Tax Employee Withholding | $0.26 | $0.89 |
| New London EIT | $2.84 | $9.56 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $23.44 | $78.96 |
| Medicare | $5.49 | $18.47 |
| PA UC Tax Employer Contribution | $7.84 | $43.96 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $378.00 | $1,273.50 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $93.63 | $346.97 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $284.37 | $926.53 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $284.37 | $926.53 |
| Total Hours Worked | 21.0 | 70.75 |

# gusto

# Earnings Statement

Pay period: Mar 16, 2026 - Mar 31, 2026 Pay Day: Apr 15, 2026
Adv Plus Banking ( . . . 0958): $268.46

**Company**
New London Counseling Center
1016 State Road
Lincoln University, PA 19352
484-746-3112

**Employee**
Margaret McLaughlin
XXX-XX-1878
773 W Glenview Drive
West Grove, PA 19390

## Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $18.00 | 20.0 | $360.00 | $895.50 |
| Totals | | 20.0 | $360.00 | $895.50 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $50.00 | $150.00 |
| Social Security | $22.32 | $55.52 |
| Medicare | $5.22 | $12.98 |
| PA Withholding Tax | $11.05 | $27.49 |
| PA UC Tax Employee Withholding | $0.25 | $0.63 |
| New London EIT | $2.70 | $6.72 |

## Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $22.32 | $55.52 |
| Medicare | $5.22 | $12.98 |
| PA UC Tax Employer Contribution | $7.47 | $36.12 |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $360.00 | $895.50 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $91.54 | $253.34 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $268.46 | $642.16 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $268.46 | $642.16 |
| Total Hours Worked | 20.0 | 49.75 |

# gusto

# Earnings Statement

Pay period: Mar 1, 2026 - Mar 15, 2026 Pay Day: Mar 31, 2026
Adv Plus Banking ( . . . 0958): $348.06

**Company**
New London Counseling Center
1016 State Road
Lincoln University, PA 19352
484-746-3112

**Employee**
Margaret McLaughlin
XXX-XX-1878
773 W Glenview Drive
West Grove, PA 19390

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $18.00 | 25.0 | $450.00 | $535.50 |
| Totals | | 25.0 | $450.00 | $535.50 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $50.00 | $100.00 |
| Social Security | $27.90 | $33.20 |
| Medicare | $6.52 | $7.76 |
| PA Withholding Tax | $13.82 | $16.44 |
| PA UC Tax Employee Withholding | $0.32 | $0.38 |
| New London EIT | $3.38 | $4.02 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $27.90 | $33.20 |
| Medicare | $6.52 | $7.76 |
| PA UC Tax Employer Contribution | $24.08 | $28.65 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | — | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $450.00 | $535.50 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $101.94 | $161.80 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $348.06 | $373.70 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $348.06 | $373.70 |
| Total Hours Worked | 25.0 | 29.75 |

# gusto

# Earnings Statement

Pay period: Feb 16, 2026 - Feb 28, 2026 Pay Day: Mar 13, 2026
Adv Plus Banking ( . . . 0958): $25.64

| Company | Employee |
|---|---|
| New London Counseling Center | Margaret McLaughlin |
| 1016 State Road | XXX-XX-1878 |
| Lincoln University, PA 19352 | 773 W Glenview Drive |
| 484-746-3112 | West Grove, PA 19390 |

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $18.00 | 4.75 | $85.50 | $85.50 |
| Totals | | 4.75 | $85.50 | $85.50 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $50.00 | $50.00 |
| Social Security | $5.30 | $5.30 |
| Medicare | $1.24 | $1.24 |
| PA Withholding Tax | $2.62 | $2.62 |
| PA UC Tax Employee Withholding | $0.06 | $0.06 |
| New London EIT | $0.64 | $0.64 |

### Employer Tax

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $5.30 | $5.30 |
| Medicare | $1.24 | $1.24 |
| PA UC Tax Employer Contribution | $4.57 | $4.57 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | -- | $0.00 | $0.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $85.50 | $85.50 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $59.86 | $59.86 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $25.64 | $25.64 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $25.64 | $25.64 |
| Total Hours Worked | 4.75 | 4.75 |