## CERTIFICATION OF NO PAYMENT ADVICES FORM

IN RE:                                                    :     CHAPTER 13

TIMOTHY MCLAUGHLIN                                        :     CASE NO. __-___-bk- 26-123☐1

                                                          :

                                                          :

    Debtor(s)                        :

## CERTIFICATION OF NO PAYMENT ADVICES

TIMOTHY MCLAUGHLIN

I, _____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), from any source of employment. I further certify that I received no payment advices during that period because:

☐    I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒    I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐    My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐    I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐    I did not receive payment advices due to factors other than those listed above. (Please explain)

    I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: _6/20/26_____          ___Timothy G. McLaughlin_____
                                                       Debtor