United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12301-djb
Timothy J. McLaughlin Chapter 13
Margaret C. McLaughlin
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: 155 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Timothy J. McLaughlin, Margaret C. McLaughlin, 773 W. Glenview Drive, West Grove, PA 19390-2108 |
| @15147611 | + | Young, Marr, Mallis & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15147587 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:08:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 15147588 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:08:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15167393 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15147589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15147590 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15147592 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15147591 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15147593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:38 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15147594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:42 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15147596 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2026 02:09:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15147595 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2026 02:09:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 15147597 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2026 02:16:36 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15147598 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2026 02:16:33 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15147599 | + | Email/Text: dplbk@discover.com | Oct 09 2026 02:09:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |

| | | | | |
|---|---|---|---|---|
| 15147600 | + | Email/Text: dplbk@discover.com | Oct 09 2026 02:09:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15147601 | + | Email/Text: mrdiscen@discover.com | Oct 09 2026 02:08:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15147602 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 09 2026 02:09:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15147603 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 09 2026 02:09:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15157071 | ^ | MEBN | Oct 09 2026 02:03:26 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 15147605 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 09 2026 02:09:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15165873 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 09 2026 02:09:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 15147604 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 09 2026 02:09:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 15147606 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2026 02:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15158724 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 09 2026 02:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15160804 | + | Email/Text: RASEBN@raslg.com | Oct 09 2026 02:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15160011 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15149349 | ^ | MEBN | Oct 09 2026 02:03:32 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15166053 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15147608 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15147607 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 15165972 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15147610 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15147609 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15158919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2026 02:16:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15168976 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2026 02:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Margaret C. McLaughlin support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Timothy J. McLaughlin support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Timothy J. McLaughlin | ) | Case No. 26−12301−djb |
| | ) | |
| | ) | |
| Margaret C. McLaughlin | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 8, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court